IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ON-THE-GO, LLC<br><br>      Plaintiff,<br>v.<br><br>AKOO INTERNATIONAL, INC. et al.<br><br>      Defendants. | Civil Action No. 09-CV-2792<br><br>Honorable William J. Hibbler<br><br>Magistrate Judge Sidney I. Schenkier |

## VOLUNTARY DISMISSAL OF DEFENDANT AKOO INTERNATIONAL, INC.

NOW COMES THE PLAINTIFF, ON-THE-GO, LLC, by and through its attorneys, and hereby voluntarily dismisses DEFENDANT AKOO INTERNATIONAL, INC. without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: June 22, 2009     By:   /s/ Konrad V. Sherinian
                                          Konrad V. Sherinian

                                          Law Offices of Eugene M. Cummings, P.C.
                                          One North Wacker Drive
                                          Suite 4130
                                          Chicago, Illinois 60606

                                          Telephone: (312) 984-0144
                                          Facsimile: (312) 984-0146