# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2792 | **DATE** | 6/23/2009 |
| **CASE TITLE** | ON THE GO LLC vs. AKOO INTERNATIONAL, INC. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants Papa John's International Inc, Papa John's Usa Inc's motion to dismiss for improper venue [#14] is continued to 7/8/09 at 9:30 a.m. Pursuant to plaintiff's voluntary dismissal, the following defendants are dismissed without prejudice: Akoo International, Bhootan, Inc., Frucall, Inc., Havoc Television, Inc., Kwiry, Inc., Mobile Accord, Inc. and Netinformer, LLC.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | JHC |
|---|---|---|