**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ON-THE-GO, LLC,<br><br>   Plaintiff,<br> v.<br><br>AT&T MOBILITY, LLC et al.,<br><br>   Defendants. | Civil Action No. 1:09-cv-02792<br><br>Honorable William J. Hibbler<br><br>Magistrate Judge Sidney I. Schenkier |

**STIPULATED DISMISSAL**

  NOW COME the plaintiff, ON-THE-GO, LLC, and defendants PAPA JOHN'S INTERNATIONAL, INC. and PAPA JOHN'S USA, INC., by and through their respective attorneys, and hereby file this Stipulated Dismissal, stating that:

  1) Plaintiff ON-THE-GO, LLC dismisses defendants PAPA JOHN'S INTERNATIONAL, INC. and PAPA JOHN'S USA, INC. with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

  2) Each Party shall bear its own attorneys' fees and costs.

STIPULATED AND AGREED TO THIS 20th DAY OF JULY, 2009 BY:

| | |
|---|---|
| s/ Charles L. Thomason (w/ auth.) | s/ David Lesht |
| Charles L. Thomason | David Lesht |
| | |
| Corporate Counsel | Law Offices of Eugene M. Cummings, P.C. |
| Papa John's International, Inc. | One North Wacker Drive |
| 2002 Papa John's Boulevard | Suite 4130 |
| Louisville, Kentucky 40299 | Chicago, Illinois 60606 |
| | |
| Telephone: (502) 261-4773 | Telephone: (312) 984-0144 |
| Facsimile: (502) 261-4324 | Facsimile: (312) 984-0146 |
| | |
| *Attorney of Record for Defendants Papa John's International, Inc. and Papa John's USA, Inc.* | *Attorney of Record for Plaintiff On-The-Go, LLC* |