# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2792 | **DATE** | 9/1/2009 |
| **CASE TITLE** | ON-THE-GO, LLC vs. AT&T MOBILITY, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Mobo Systems, Inc. is dismissed without prejudice pursuant to voluntary dismissal. Application to proceed pro hac vice of Willem Schuurman [#63], Christopher Ryan [#64] and Juliet Dirba [#65] as counsel for defendants AT&T Mobility, LLC and AT&T, Inc. is granted. Application to proceed pro hac vice of Mark C. Nelson [#74] as counsel for defendant T-Mobile USA, Inc. is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|