**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ON THE GO, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 09 CV 2792 |
| v. ) | |
| ) | Honorable William J. Hibbler |
| AT&T MOBILITY, LLC ) | |
| AT&T, INC., ) | |
| BOOST MOBILE, LLC, ) | |
| BOOST WORLDWIDE, INC., ) | |
| SPRINT NEXTEL CORP., ) | |
| CRICKET COMMUNICATIONS, INC., ) | |
| LEAP WIRELESS INT'L, INC., ) | |
| MOBO SYSTEMS, INC. ) | |
|    d/b/a GOMOBO.COM, ) | |
| PAPA JOHN'S INTERNATIONAL, INC. ) | |
|    d/b/a PAPA JOHN'S PIZZA, ) | |
| PAPA JOHN'S USA, INC., ) | |
| PIZZA HUT, INC., ) | |
| SHOPTEXT, INC., ) | |
| T-MOBILE USA, INC., and ) | |
| VIRGIN MOBILE USA, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR DISMISSAL OF VIRGIN MOBILE USA, INC. AND
SUBSTITUTION OF REAL PARTY IN INTEREST, VIRGIN MOBILE USA, L.P.**

Plaintiff, ON THE GO, LLC, ("On The Go") and Defendant, VIRGIN MOBILE USA, INC. (VMU, Inc.), respectfully move this Court for an order dismissing On The Go's First Amended Complaint For Patent Infringement (the "Complaint") against VMU, Inc., without prejudice and substituting by agreement VIRGIN MOBILE USA, L.P. (VMU, L.P.), as the proper party as follows:

        1.      The parties agree that On The Go's Complaint against VMU, Inc. should

be dismissed without prejudice.

      2.    The parties agree that VMU, L.P., should be substituted as the proper party in interest in place of VMU, Inc. VMU, L.P., waives further service of summons of the Complaint and agrees that it will be and is substituted in as the proper party in interest and as such will file its responsive pleading retaining all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons upon entry of the order allowing same.

      3.    The parties agree that the dismissal of On The Go's Complaint against VMU, Inc., and the substitution of VMU, L.P., as a defendant should not impact the current schedule for this action.

Dated: October 8, 2009                      Respectfully submitted,

                                              <u>s/ David Lesht</u>
                                              David Lesht
                                              Panasarn Aim Jirut
                                              Martin Goering
                                              Konrad V. Sherinian
                                              THE LAW OFFICES OF
                                               EUGENE M. CUMMINGS, P.C.
                                              One North Wacker Drive, Suite 4130
                                              Chicago, Illinois 06060
                                              Tel: (312)984-0144
                                              Fax: (312) 984-0146

                                              Joseph M. Vanek
                                              Thomas A. Vickers
                                              David P. Germaine
                                              Jeffrey R. Moran
                                              VANEK, VICKERS & MASINI, P.C.
                                              111 South Wacker Drive, Suite 4050
                                              Chicago, Illinois

Tel: (312) 224-1500
Fax: (312) 224-1510

*Attorneys for On The Go, LLC*


s/Charles F. Smith
Charles F. Smith
Candace R. Jackson
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 N. Wacker Drive, Ste. 2700
Chicago, IL 60606
Tel: (312) 407-0700
Fax: (312) 407-0411

*Attorneys for Virgin Mobile USA, L.P. and
Virgin Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing JOINT MOTION FOR DISMISSAL OF VIRGIN MOBILE USA, INC. AND SUBSTITUTION OF REAL PARTY IN INTEREST, VIRGIN MOBILE USA, L.P. were served on October 8, 2009, via CM/ECF to the following attorneys of record:

David Lesht
Law Offices of Eugene M. Cummings, P.C.
dlesht@emcpc.com

Joseph Michael Vanek
Vanek, Vickers & Masini, P.C.
jvanek@vaneklaw.com

Konrad Val Sherinian
Cook, Alex, McFarron, Manzo, Cummings & Mehler
ksherinian@emcpc.com

Martin Goering
Law Offices of Eugene M. Cummings, P.C.
mgoering@emcpc.com

By:

s/Charles F. Smith
Charles F. Smith
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 N. Wacker Drive, Ste. 2700
Chicago, IL 60606
Tel: (312) 407-0700
Fax: (312) 407-0411