# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2792 | **DATE** | 10/13/2009 |
| **CASE TITLE** | ON THE GO, LLC vs. AT&T MOBILITY, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Joint motion for dismissal of Virgin Mobil USA, Inc. And substitution of Real Party in interest, Virgin Mobile USA, L.P. is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|