# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2792 | **DATE** | 10/14/2009 |
| **CASE TITLE** | ON THE GO, LLC vs. AT&T MOBILITY, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Stipulated extension of time until 10/15/09 for Pizza Hut, Inc. to respond to amended complaint is granted. Pursuant to voluntary dismissal, defendants AT&T, Inc. and Leap Wireless Int'l, Inc. are hereby dismissed without prejudice pursuant to FRCP 41(a)(1).

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|