**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ON-THE-GO, LLC,<br><br>        Plaintiff,<br>  v.<br><br>AT&T MOBILITY, LLC et al.,<br><br>        Defendants. | Civil Action No. 1:09-cv-02792<br><br>Honorable William J. Hibbler<br><br>Magistrate Judge Sidney I. Schenkier |

### **STIPULATED DISMISSAL OF PIZZA HUT, INC.**

NOW COME the plaintiff ON-THE-GO, LLC and defendant PIZZA HUT, INC., by and through their respective attorneys, and hereby file this Stipulated Dismissal, stating that:

1) Plaintiff ON-THE-GO, LLC and defendant PIZZA HUT, INC. stipulate to the dismissal of defendant PIZZA HUT, INC. from this action, without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2) Each Party shall bear its own attorneys' fees and costs.

STIPULATED AND AGREED TO THIS 10th DAY OF FEBRUARY, 2010 BY:

| | |
|---|---|
| /s/ John A. Bannon (w/auth.)<br>John A. Bannon<br><br>Schiff Hardin LLP<br>233 S. Wacker Drive<br>Suite 6600<br>Chicago, IL 60607<br>Telephone: (312) 258-5500<br>Facsimile: (312) 258-5600<br><br>*Attorney of Record for Defendant*<br>*PIZZA HUT, INC.* | /s/ David Lesht<br>David Lesht<br><br>Law Offices of Eugene M. Cummings, P.C.<br>One North Wacker Drive<br>Suite 4130<br>Chicago, Illinois 60606<br>Telephone: (312) 984-0144<br>Facsimile: (312) 984-0146<br><br>*Attorney of Record for Plaintiff*<br>*On-The-Go, LLC* |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 10, 2010, a true and correct copy of the parties' **STIPULATED DISMISSAL OF PIZZA HUT, INC.** was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

    /s/ Martin Goering
Martin Goering
*Attorney for Plaintiff On The Go, LLC*