**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ON THE GO, LLC, | Civil Action No. 1:09-cv-02792 |
| Plaintiff, | |
| v. | Honorable William J. Hibbler |
| AT&T MOBILITY, LLC et al., | Magistrate Judge Sidney I. Schenkier |
| Defendants. | |

**STIPULATED DISMISSAL OF AT&T MOBILITY, LLC, CRICKET COMMUNICATIONS, INC., NEXTEL BOOST WEST, LLC, T-MOBILE USA, INC., AND VIRGIN MOBILE USA, L.P.**

NOW COME the plaintiff On The Go, LLC and all of the remaining defendants, AT&T Mobility, LLC, Cricket Communications, Inc., Nextel Boost West, LLC, T-Mobile USA, Inc., and Virgin Mobile USA, L.P., by and through their respective attorneys, and hereby file this Stipulated Dismissal, stating that:

1. Plaintiff ON THE GO, LLC and defendants AT&T Mobility, LLC, Cricket Communications, Inc., Nextel Boost West, LLC, T-Mobile USA, Inc., and Virgin Mobile USA, L.P. stipulate to the dismissal with prejudice of plaintiff On The Go's LLC's claims against defendants AT&T Mobility, LLC, Cricket Communications, Inc., Nextel Boost West, LLC, T-Mobile USA, Inc., and Virgin Mobile USA, L.P. in this action, and to the dismissal without prejudice of defendants AT&T Mobility, LLC's, Cricket Communications, Inc.'s, Nextel Boost West, LLC's, T-Mobile USA, Inc.'s, and Virgin Mobile USA, L.P.'s claims and counterclaims against plaintiff On the Go, LLC in this action, pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure. For the purpose of the dismissal, Nextel Boost West, LLC

shall include previously dismissed defendants Sprint Nextel Corporation, Boost Mobile, LLC and Boost Worldwide, Inc. (collectively "Nextel Boost West, LLC").

2. Each party shall bear its own attorneys' fees and costs.

3. By this stipulated dismissal no claim of any party remains in this action.

STIPULATED AND AGREED TO THIS 22nd DAY OF FEBRUARY, 2010 BY:

/s/ David Lesht
David Lesht
Konrad V. Sherinian
Martin Goering
Law Offices of Eugene M. Cummings, P.C.
One North Wacker Drive, Suite 4130
Chicago, Illinois 60606
Telephone: (312) 984-0144
Facsimile: (312) 984-0146

*Attorneys for Plaintiff*
*On The Go, LLC*

/s/ Willem G. Schuurman
Willem G. Schuurman
Christopher V. Ryan
Juliet M. Dirba
Gentry C. McLean
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Telephone: (512) 542-8400
Facsimile: (512) 236-3278

Kristen Elizabeth Hudson
Paula Enid Litt
Schopf & Weiss LLP
One South Wacker Dr., 28th Floor
Chicago, Illinois 60606
Telephone: (312) 701-9300
Facsimile: (312) 701-9335

*Attorneys for Defendant*
*AT&T Mobility, LLC*

/s/ Joseph E. Thomas
Michael I. Katz
Joseph E. Thomas
William J. Kolegraff
Kerri A. Rich
Thomas Whitelaw & Tyler LLP
18101 Von Karman Ave., Suite 230
Irvine, California 92612-7132
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

James A. LaBarge
Pretzel & Stouffer, Chtd.
One S. Wacker Drive, Suite 2500
Chicago, Illinois 60606-4673
Telephone: (312) 346-1973
Facsimile: (312) 346-8242

*Attorneys for Defendant*
*Cricket Communications, Inc.*

/s/ John J. Cotter
John J. Cotter
Christopher Centurelli
George S. Haight
James A. Culverwell
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Brendan John Nelligan
Richard M. Waris
Pretzel & Stouffer, Chtd.
One S. Wacker Drive, Suite 2500
Chicago, Illinois 60606-4673
Telephone: (312) 346-1973
Facsimile: (312) 346-8242

*Attorneys for Defendant*
*Nextel Boost West, LLC*

/s/ Mark C. Nelson
Mark C. Nelson
Sonnenschein, Nath & Rosenthal LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
Telephone: (214) 259-0990
Facsimile: (214) 259-0910

Natalie J. Spears
Anne Katherine Wasilchuk
Sonnenschein, Nath & Rosenthal LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Kirk R. Ruthenberg
Sonnenschein, Nath & Rosenthal LLP
1301 K St., N.W., Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6410
Facsimile: (202) 408-6399

*Attorneys for Defendant*
*T-Mobile USA, Inc.*

/s/ Candace R. Jackson
Charles F. Smith
Candace R. Jackson
Skadden Arps Slate Meagher & Flom, LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

Daniel A. DeVito
Marti A. Johnson
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendant*
*Virgin Mobile USA, L.P.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 22, 2010, a true and correct copy of the parties' **STIPULATED DISMISSAL OF AT&T MOBILITY, LLC, CRICKET COMMUNICATIONS, INC., NEXTEL BOOST WEST, LLC, T-MOBILE USA, INC., AND VIRGIN MOBILE USA, L.P.** was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

       /s/ Martin Goering
Martin Goering
*Attorney for Plaintiff On The Go, LLC*